IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH R. FREITAS, | ) | No. MISC. F-04-005 |
| | ) | |
| | ) | ORDER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| DIRECTOR, INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The court has received a letter from plaintiff dated April 26, 2005, asserting that it is his "right to compel/demand that you prove that 28 U.S.C. 1914(a) and Rule 77-121© [sic] are laws made by the people, laws which were consented to them prior to their being promulgated."  It is apparent that plaintiff is referring to the court's Order filed on May 20, 2004.

    The court refers plaintiff to its prior Order.  Plaintiff must pay the filing fee or filed a sufficient application to

1

1  proceed in forma pauperis.[1]
2       The court further advises plaintiff that the court will not
3  address this issue further.  The court has made its ruling.  The
4  court will disregard any further letters, pleadings or other
5  communications to the court from plaintiff challenging this
6  ruling.  As the court stated in its May 20, 2004 Order, if
7  plaintiff disagrees with the court's orders, he may present his
8  position to the Ninth Circuit Court of Appeals.
9       IT IS SO ORDERED.
10 **Dated:  May 2, 2005**              **/s/ Robert E. Coyle**
   668554                              UNITED STATES DISTRICT JUDGE

---

[1] The filing fee has been increased to $250, effective February 7, 2005.